IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRINA WILSON, | CASE NO. 5:13-cv-00544-EJD |
| Plaintiff(s), | **ORDER REFERRING ACTION TO ADR PROCESS** |
| v. | |
| PAYPAL, INC, ET AL, | |
| Defendant(s). | |

The above-entitled action is hereby referred to the following ADR process:

**Court Processes:**

- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)
- ☐ Magistrate Judge Settlement Conference (ADR L.R. 7)
  *The parties are ordered to contact the chambers of Magistrate Judge to arrange a date for the conference.*

**Private Process:**

- ☐ Private ADR

The ADR session shall be completed by:

- ☒ The presumptive deadline
  *The deadline is 90 days from the date of this order*

- ☐ Other deadline:

**IT IS SO ORDERED.**

Dated: July 9, 2013

EDWARD J. DAVILA
United States District Judge