IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SABRINA WILSON,

        Plaintiff(s),

v.

PAYPAL, INC., et. al.,

        Defendant(s).

CASE NO. 5:13-cv-00544 EJD

**ORDER APPROVING SETTLEMENT AGREEMENT**

Having carefully reviewed the proposed settlement agreement (see Docket Item No. 41, at Ex. 4), the court has determined that it represents a fair and reasonable resolution of a bona fide dispute. Accordingly, the settlement agreement is APPROVED.

Counsel for Plaintiff shall submit a Request for Dismissal with Prejudice in accordance with paragraph 4 of the settlement agreement. The Order to Show Cause hearing scheduled for December 6, 2013, and its corresponding deadlines remain as currently set.

**IT IS SO ORDERED.**

Dated: November 20, 2013

EDWARD J. DAVILA
United States District Judge