IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRINA WILSON, | CASE NO. 5:13-cv-00544 EJD |
| Plaintiff(s), | **ORDER APPROVING SETTLEMENT AGREEMENT** |
| v. | |
| PAYPAL, INC., et. al., | |
| Defendant(s). | |

Having carefully reviewed the proposed settlement agreement (see Docket Item No. 41, at Ex. 4), the court has determined that it represents a fair and reasonable resolution of a bona fide dispute. Accordingly, the settlement agreement is APPROVED.

Counsel for Plaintiff shall submit a Request for Dismissal with Prejudice in accordance with paragraph 4 of the settlement agreement. The Order to Show Cause hearing scheduled for December 6, 2013, and its corresponding deadlines remain as currently set.

**IT IS SO ORDERED.**

Dated: November 20, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-00544 EJD
ORDER APPROVING SETTLEMENT AGREEMENT